AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE   DISTRICT OF ALABAMA

RICO FELDER

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:06CV319-CSC

V.

SHEKINAH INC., et al

TO: (Name and address of defendant)
Asset Management Services, Inc
P.O. Box 1040
Syosset, New York 11791

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
Andy Nelms
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett    4-12-06

CLERK    DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE	DISTRICT OF ALABAMA

RICO FELDER

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:06 CV 319-CSC

V.

SHEKINAH INC., et al

TO: (Name and address of defendant)
Shekinah, Inc
7755 Center Ave., Ste 1000
Huntington Beach, CA 92648

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
Andy Nelms
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

4-12-06

CLERK	DATE

(BY) DEPUTY CLERK