**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Asset Management Services, Inc.
   P.O. Box 1040
   Syosset, New York 11791

2. Article Number
   (Transfer from service label)

   7005 1160 0004 6820 4875

PS Form 3811, February 2004    Domestic Return Receipt    06-319    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____   ☐ Agent
                       ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  4/17/06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:         ☐ No

   APR 20 A 9:52

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☐ Registered         ☒ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☒ Yes