**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits. *Felder*

1. Article Addressed to:

Shekinah, Inc.
7755 Center Ave., Ste 1000
Huntington Beach, CA 92648

2. Article Number
(Transfer from service label)

7005 1160 0004 6820 4851

PS Form 3811, February 2004   Domestic Return Receipt   06-319   102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☒ Agent  ☐ Addressee

B. Received by (Printed Name): D. Brown   C. Date of Delivery: 4-17-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☒ Yes