UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICO FELDER, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | Civil Action No.: 2:06-cv-319 |
| v. ) | |
| ) | |
| ) | |
| ASSET MANAGEMENT SERVICES, Inc., ) | |
| et al., ) | |
| ) | |
| DEFENDANTS. ) | |

**MOTION TO DISMISS**

**COMES NOW,** Plaintiff, by and through the undersigned counsel, and files his Motion to Dismiss states as follows:

1.   Defendant, Assent Management Services, was served on April 17, 2006. Defendant's answer is due May 8, 2006.

2.   To date, defendant, Assent Management Services, Inc. has not submitted an answer in this matter.

3.   Plaintiff wishes to Dismiss this matter as to Defendant, Asset Management Services, Inc. pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

WHEREFORE premises considered, Plaintiff prays this court to dismiss this action as to Defendant, Asset Management Services, Inc., only.

Respectfully submitted this the __4th__ day of May, 2006.

/s/ Andy Nelms
K. ANDERSON NELMS (NEL022)
P.O. Box 5059
Montgomery, AL 36103
Phone: (334) 263-7733
Fax: (334) 832-4390
andynelms@jaylewislaw.com
ASB-6972-E63K

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been served upon the following by the placing a copy of the same in the United States Mail, postage prepaid, on this the __4th__ day of May, 2006:

Asset Management Services, Inc
P.O. Box 1040
Syosset, New York, 11791

Shekinah, Inc
7755 Center Ave., Ste 1000
Huntington Beach, CA 92648

/s/ Andy Nelms
K. ANDERSON NELMS (NEL022)
P.O. Box 5059
Montgomery, AL 36103
Phone: (334) 263-7733
Fax: (334) 832-4390
andynelms@jaylewislaw.com
ASB-6972-E63K