UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICO FELDER, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | Civil Action No.: 2:06-cv-319 |
| v. ) | |
| ) | |
| ) | |
| ASSET MANAGEMENT SERVICES, Inc., ) | |
| et al., ) | |
| ) | |
| DEFENDANTS. ) | |

**MOTION TO DISMISS**

**COMES NOW,** Plaintiff, by and through the undersigned counsel, and files his Motion to Dismiss states as follows:

1. Defendant, Shekinah, Inc., was served on April 17, 2006. Defendant's answer was due May 8, 2006. (Court Doc.#4). Defendant Shekinah, Inc. is the sole remaining defendant in this cause.

2. To date, defendant, Shekinah, Inc. has not submitted an answer. Plaintiff has negotiated settlement with Shekinah, Inc.

3. Plaintiff wishes to Dismiss this matter as to Defendant, Shekinah, Inc. pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

WHEREFORE premises considered, Plaintiff prays this court to dismiss this action as to Defendant, Shekinah, Inc. .

Respectfully submitted this the __6th__day of June, 2006.

/s/ Andy Nelms  
K. ANDERSON NELMS (NEL022)  
P.O. Box 5059  
Montgomery, AL 36103  
Phone: (334) 263-7733  
Fax: (334) 832-4390  
andynelms@jaylewislaw.com  
ASB-6972-E63K  

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been served upon the following by the placing a copy of the same in the United States Mail, postage prepaid, on this the __6th__ day of June, 2006:

Shekinah, Inc.  
Attn: Scott D. Cass  
7755 Center Ave., Ste 1000  
Huntington Beach, CA 92648  

/s/ Andy Nelms  
K. ANDERSON NELMS (NEL022)  
P.O. Box 5059  
Montgomery, AL 36103  
Phone: (334) 263-7733  
Fax: (334) 832-4390  
andynelms@jaylewislaw.com  
ASB-6972-E63K