IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICO FELDER, )<br>)<br>      Plaintiff, )<br>)<br>vs. )<br>)<br>ASSET MANAGEMENT SERVICES, INC., )<br>et al., )<br>)<br>      Defendants. ) | CIVIL ACTION NO. 2:06cv319-WHA |

## **ORDER**

Upon consideration of the Plaintiff's Motions to Dismiss (Docs. #5 and 6), and the Plaintiff now having moved to dismiss all Defendants pursuant to Rule 41(a)(1), *Fed.R.Civ.P.*, it is hereby ORDERED as follows:

1. The Motions to Dismiss are GRANTED.

2. This case is DISMISSED, with costs taxed as paid.

DONE this 7th day of June, 2006.

         /s/ W. Harold Albritton
        W. HAROLD ALBRITTON
        SENIOR UNITED STATES DISTRICT JUDGE